

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2022

No. 04-22-00134-CV

**In re ARS Specialty Contractors, LLC d/b/a GARREN Construction, Elizabeth Yetman Chavez, and Ramiro Chavez**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI20699
Honorable Angelica Jimenez, Judge Presiding

Original Proceeding[1]

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Liza A. Rodriguez, Justice

On March 4, 2022, relators filed a petition for writ of mandamus challenging the trial court's order compelling arbitration. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition in this court **no later than ten (10) days from the date of this order.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

On March 14, 2022, relators filed an emergency motion for a temporary stay of the arbitrator's scheduling order for the arbitration proceedings. The motion is GRANTED. It is ORDERED that all deadlines and settings in the arbitrator's scheduling order signed on March 11, 2022 in Arbitration Case No. 01-21-0016-9202 are STAYED pending disposition of relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.10(b).

It is so **ORDERED** March 17, 2022.

---

[1]This proceeding arises out of Cause No. 2021-CI-20699, styled *Central Texas Express Metal Work, LLC d/b/a Express Contracting v. ARS Specialty Contracting, LLC d/b/a Garren Construction, Elizabeth Yetman Chavez, and Ramiro Chavez*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Angelica I. Jimenez, presiding.

PER CURIAM

ATTESTED TO: _Michael A. Cruz_
MICHAEL A. CRUZ,
CLERK OF COURT